# 1126

FLAMM et al., Appellants, v. PERRY et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by Eliza J. Flamm and others against Clarence S. Perry and others. No opinion. Motion denied.

FLEISCHER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 13, 1903.) Action by John Fleischer against the Metropolitan Street Railway Company. PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce recovery of damages to the sum of $5,000, and extra allowance proportionately, in which case the judgment and order, as modified, are affirmed, without costs of this appeal to either party. HIRSCHBERG and HOOKER, JJ., vote for affirmance.

FLEMING, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by John Fleming against Charles A. Brown. F. W. Park, for appellant. D. McClure, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FLEMING, Appellant, v. BROWN, Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by John Fleming against Charles A. Brown. D. McClure, for appellant. F. W. Park, for respondent. No opinion. Appeal dismissed, without costs.

In re FLEMING'S ESTATE. (Supreme Court, Appellate Division, First Department. April 9, 1903.) In the matter of William H. Fleming, deceased. L. H. Andrews, for appellant. J. A. Straley, for respondent. No opinion. Decree affirmed, with costs.

FLINN, Respondent, v. WORTHINGTON. Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by Thomas Flinn against Henry R. Worthington. No opinion. Judgment and order unanimously affirmed, with costs.

FORSATTI, Respondent, v. POYET, Appellant. (Supreme Court, Appellate Division, First Department. April 9, 1903.) Action by Theresa Forsatti, as administratrix, against Claude Poyet. P. V. Johnson, for appellant. G. R. Hawes, for respondent. No opinion. Judgment and order affirmed, with costs.

FT. STANWIX CANNING CO., Respondent, v. BEVENS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1903.) Action by the Ft. Stanwix Canning Company against Helen H. Bevens. No opinion. Judgment affirmed, with costs.

FOSTER, Respondent, v. HUGABOOM, Appellant. (Supreme Court, Appellate Division, Third Department. March 27, 1903.) Action by Abel Foster against John Hugaboom. No opinion. Judgment and order unanimously affirmed, with costs.

FRANCE v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Gertrude A. France against the city of New York. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

FRANKLIN et al., Appellants, v. HOADLEY, Respondent, et al. (Supreme Court, Appellate Division, First Department. April 9, 1903.) Action by William B. Franklin and another against Joseph H. Hoadley, impleaded. E. L. Mooney, for appellants. J. S. L'Amoreaux, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FRANKLIN, Respondent, v. KAUDER, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by John B. Franklin, Jr., against Max Kauder. No opinion. Judgment of the Municipal Court affirmed, with costs.

GADOLA v. GADOLA. (Supreme Court, Appellate Division, Fourth Department. March 31, 1903.) Action by Helen M. Gadola against John F. Gadola. No opinion. Motion to dismiss appeal granted, with $10 costs.

GEBHARD, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by Henry Gebhard against the New York & Queens County Railway Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

In re GEO. B. WRAY DRUG CO. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) In the matter of the application of the Geo. B. Wray Drug Company for voluntary dissolution. No opinion. Order affirmed, with $10 costs and disbursements.

In re GEO. B. WRAY DRUG CO. (Supreme Court, Appellate Division, Second Department. May 1, 1903.) In the matter of the application of the Geo. B. Wray Drug Company for voluntary dissolution. No opinion. Order affirmed, with $10 costs and disbursements.

GERMAN SAV. BANK, Respondent, v. BRODSKY, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 9, 1903.) Action by the German Savings Bank against John E. Brodsky, impleaded. G. A. Seixas, for appellant. A. H. Mosle, for respondent. No opinion. Judgment (78 N. Y. Supp. 910) affirmed, with costs.

GIBBS, Respondent, v. NEW YORK PRESS CO., Limited, Appellant. (Supreme Court, Appellate Division, First Department. April 9, 1903.) Action by Frederick S. Gibbs against the New York Press Company, Limit-